# UNITED STATES COURT OF INTERNATIONAL TRADE

DANYANG WEIWANG TOOLS
MANUFACTURING CO., LTD. ET AL.,

    **Plaintiffs,**

**v.**

**UNITED STATES,**

    **Defendant,**

**and**

**DIAMOND SAWBLADES
MANUFACTURERS' COALITION,**

    **Defendant-Intervenor.**

**Before: Claire R. Kelly, Judge**

**Court No. 19-00006**

## ORDER

Upon consideration of Defendant's unopposed Motion for Remand, Jan. 13, 2023, ECF No. 9, pursuant to U.S. Court of International Trade Rule 7(b), and upon due deliberation, it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the remand results and the administrative record shall be filed on or before Thursday, April 13, 2023; and it is further

**ORDERED** that the parties shall file a proposed scheduling order on or before Friday, January 27, 2023.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated:     January 13, 2023
            New York, New York