UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: The Honorable Judge Claire R. Kelly

| | |
|---|---|
| DANYANG WEIWANG TOOLS MANUFACTURING CO., LTD., et al., <br><br>                Plaintiffs, <br>v. <br>UNITED STATES, <br><br>                Defendant. <br>and <br>DIAMOND SAWBLADES MANUFACTURERS' COALITION, <br><br>                Defendant-Intervenor. | Court No. 19-00006 |

## PLAINTIFFS' COMMENTS ON THE FINAL RESULTS OF REDETERMINATION PURSUANT TO COURT REMAND

Pursuant to the Court's order dated February 2, 2023 (ECF 48), Plaintiffs Danyang Weiwang Tools Manufacturing Co., Ltd. Chengdu Huifeng New Material Technology Co., Ltd. and Quangzhou Zhongzhi Diamond Tool Co., Ltd. ("Plaintiffs") hereby submit these comments on the U.S. Department of Commerce's ("Commerce") Final Results of Redetermination ("Remand Results").

In the *Final Results* of the underlying administrative review, Commerce assigned the rate of 82.05% to the separate rate respondents by pulling forward the separate rate from the preceding administrative review. That rate was the subject of ongoing litigation in the appeal *Bosun Tools Co., Ltd. v. United States*, 405 F. Supp. 3d 1359 (Ct. Int'l Trade 2019), which decision was subsequently appealed to the U.S. Court of Appeals for the Federal Circuit ("CAFC"). This Court granted Commerce's request for a voluntary remand to consider the

effect of the CAFC's opinion in *Bosun Tools Co. v. United States,* Nos. 2021-1929-1930, 2022 WL 94172 (Fed. Cir. Jan. 10, 2022) ("*Bosun Tools*") on the rate assigned to the separate rate respondents in the underlying administrative review.

Given that the separate rate of the preceding administrative review was revised to 41.03% following the decision in *Bosun Tools*, Commerce correctly revised the rate assigned to separate rate respondents in the administrative review subject to this appeal to 41.03%. Plaintiffs agree with Commerce's Remand Results to revise the separate rate to 41.03% consistent with the revised separate rate in the preceding administrative review.

Respectfully submitted,

/s/ *Brittney R. Powell*
Lizbeth R. Levinson
Brittney R. Powell

FOX ROTHSCHILD LLP
2020 K Street NW
Suite 500
Washington, DC  20009
 Phone: (202) 361-3100
 Fax:   (202) 361-3102
 Email: bpowell@foxrothschild.com

Dated: May 12, 2023